AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

VICTOR SMITH,

V.

EURO-PRO OPERATING, L.L.C., EURO-PRO MANAGEMENT CO. CORP., and STANRO-EP

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

Euro-Pro Operating, L.L.C.
c/o THE CORPORATION CO.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John I. Cottle III
BOWLES & COTTLE
Attorneys at Law
2 South Dubois Ave.
P.O. Box 780397
Tallassee, Alabama 36078

an answer to the complaint which is served on you with this summons, within __~~20~~ 30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 12/19/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

VICTOR SMITH,

V.

EURO-PRO OPERATING, L.L.C., EURO-PRO MANAGEMENT CO. CORP., and STANRO-EP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1186

TO: (Name and address of Defendant)

Euro-Pro Management Co.
c/o THE CORPORATION CO.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John I. Cottle III
BOWLES & COTTLE
Attorneys at Law
2 South Dubois Ave.
P.O. Box 780397
Tallassee, Alabama 36078

an answer to the complaint which is served on you with this summons, within __20 30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                       12/19/05
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

VICTOR SMITH,

V.

EURO-PRO OPERATING, L.L.C., EURO-PRO MANAGEMENT CO. CORP., and STANRO-EP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1186

TO: (Name and address of Defendant)

Stanro - EP Corp.
c/o THE CORPORATION CO.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John I. Cottle III
BOWLES & COTTLE
Attorneys at Law
2 South Dubois Ave.
P.O. Box 780397
Tallassee, Alabama 36078

an answer to the complaint which is served on you with this summons, within ~~20~~ 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_     12/19/05
CLERK                  DATE

(By) DEPUTY CLERK