| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>12-20-05 |
| 1. Article Addressed to:<br>Euro-Pro Operating, L.L.C<br>c/o The Corporation Co<br>2000 Interstate Park Dr.<br>Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>S a C  05-1186 |
|  | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 3157 7428 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X __Nauso__ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12-20-05 |
| 1. Article Addressed to:<br><br>Stanro EP Corp<br>c/o The Corporation Co<br>2000 Interstate Park Dr<br>Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>SdC 05-1186 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 3157 7435 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Euro-Pro Management Co.
    c/o The Corporation Co.
    2000 Interstate Park Dr
    Suite 204
    Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] / Clausm
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12-20-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SLC 05-1186

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 3157 7411

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540