**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 30, 2006

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style** **Victor Smith vs. Euro-Pro Operating, et al.**
**Civil Action No. 3:05cv1186**

**Referenced Pleading:** Order
Document #5

This Notice of Correction is filed in this case to attach pdf previously omitted.