IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:05-cv-1186-MEF |
| EURO-PRO MANAGEMENT SERVICES, INC., | ) ) ) |
| Defendant. | ) ) ) |

## MOTON FOR LEAVE TO AMEND

Comes now the Plaintiff, Victor Smith, and moves the Court for leave to amend the Complaint. The proposed amendment is filed herewith.

_____
John I. Cottle III (COT004)
Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

SCANNED

Motion for Leave to Amend - 1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Warren B. Lightfoot, Jr., Esquire, Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203-2618, attorney for Defendant, by mailing a copy thereof, postage prepaid, to him at his property mailing address on this the 26th day of May, 2006.

_____
Of Counsel