IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **VICTOR SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO: 3:05 CV 1186** |
| ) | |
| **EURO-PRO OPERATING, L.L.C.,** ) | |
| **EURO-PRO MANAGEMENT COMPANY** ) | |
| **CORP. and STANRO-EP CORP.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' RESPONSE TO COURT ORDER

In response to the Court's June 1, 2006 Order, Defendants do not object to Plaintiff's Motion for Leave to Amend.

Respectfully submitted,

*/s/ Warren B. Lightfoot, Jr.*
_____
Warren B. Lightfoot, Jr.
Attorney for Defendants

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2006, a copy of the foregoing pleading was filed electronically with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

John I. Cottle, III
Bowles & Cottle
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama  36078
(334) 283-5366 Fax

                                        */s/ Warren B. Lightfoot, Jr.*
                                        _____
                                        OF COUNSEL