IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-1186-MEF |
| | ) | |
| EURO-PRO OPERATING, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Motion for Leave to Amend Complaint (Doc. #9) filed on May 30, 2006 and other argument filed in support thereof, and the response of the defendant thereto (Doc. #12), it is hereby

ORDERED that the motion is GRANTED.

DONE this 16th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE