Other Hardware Received - 6/26
Fitting - 6/22 Due
Electrovalves - In House
Pressure Transducers - 6/26
PLC Programming - 7/14
Water Fixture Build - 7/1
Trigger Fixture Design - 7/2
Trigger Fixture Build - 7/8
Testing / Debugging - 7/21
Project Complete - 7/28



Steam Cleaner
Life Test Fixture

PLAINTIFF'S EXHIBIT A