IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:05-cv-1186-MEF |
| | ) |
| EURO-PRO MANAGEMENT | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

RECEIVED
2006 NOV 29 A 9: 42
___A P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**PLAINTIFF'S SUBMISSIONS IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, and in opposition to the Defendant's Motion for Summary Judgment, submits the following:

1. A copy of the deposition of the Plaintiff, Victor Smith.

2. A copy of the deposition of the Euro-Pro corporate representative, Ralph Hudnall (including Plaintiff's Exhibits 5, 6, 8 and 10 to the deposition).

3. Declaration of Allison Rhodes Lott.

John I. Cottle III (COT004)
Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on Warren B. Lightfoot, Jr., Esquire, Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203-2618, attorney for Defendant, by mailing a copy thereof, postage prepaid, to him at his property mailing address on this the 28th day of November, 2006.

Of Counsel