# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **VICTOR SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 3:05-cv-1186-MEF** |
| ) | |
| **EURO-PRO MANAGEMENT** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now the undersigned counsel for Plaintiff and gives notice to the Court that a face-to-face settlement conference was held on Wednesday, December 6, 2006, in Montgomery, Alabama, between the undersigned and Warren B. Lightfoot, Jr. No settlement was reached. The parties discussed mediation and do not, at this time, believe that mediation will assist in the resolution of this case.

/s/John I. Cottle III_____
Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

*Notice Concerning Settlement Conference and Mediation - 1*

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Warren B. Lightfoot, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618

/s/John I. Cottle III_____
Of Counsel

*Notice Concerning Settlement Conference and Mediation - 2*

PDF created with pdfFactory trial version www.pdffactory.com