IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **VICTOR SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-1186-MEF |
| ) | |
| **EURO-PRO MANAGEMENT** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**WITHDRAWAL OF MOTION SEEKING ORDER
FOR TELEPHONIC DEPOSITION**

Comes now the Plaintiff and shows unto the Court that he has reached an agreement with defense counsel concerning the taking of the telephone deposition which was the subject of Plaintiff's earlier motion.  Accordingly, Plaintiff hereby withdraws his Motion to Allow Telephonic Deposition with the understanding that said deposition will be taken by telephone pursuant to agreement as allowed by Federal Rule of Civil Procedure 30(b)(7).

/s/ John I. Cottle III_____
John I. Cottle III (COT004)
Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Warren B. Lightfoot, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618

                                         /s/ John I. Cottle III_____
                                         Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com