IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv1186-MEF |
| | ) |
| EURO-PRO MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Based upon the Withdrawal of Motion Seeking Order for Telephonic Deposition (Doc. #26), filed on February 2, 2007, and for good cause, it is

ORDERED that the request is GRANTED. The Clerk is directed to terminate the Motion to Allow Telephonic Deposition (Doc. #25) as moot.

DONE this 5th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE