# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **VICTOR SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-1186-MEF |
| ) | |
| **EURO-PRO MANAGEMENT** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## PLAINTIFF'S EXHIBIT LIST

Comes now the Plaintiff and gives notice that he expects to call the following persons as witnesses at trial of the above styled action:

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Resume of Victor Smith (Plaintiff's Exhibit "3" to Hudnall depo.) | _____ | _____ |
| 2 | Position description of Smith's Job (Plaintiff's Exhibit "4" to Hudnall depo.) | _____ | _____ |
| 3 | Employee Evaluation dated 8/31/2004 (Plaintiff's Exhibit "5" to Hudnall depo.) | _____ | _____ |
| 4 | Employment Evaluation dated 5/5/2004 (Plaintiff's Exhibit "6" to Hudnall depo.) | _____ | _____ |
| 5 | W-2 of Plaintiff for 2004 (Plaintiff's Exhibit "7" to Hudnall depo.) | _____ | _____ |
| 6 | W-2 of Plaintiff for 2003 (Plaintiff's Exhibit "7" to Hudnall depo.) | _____ | _____ |

PDF created with pdfFactory trial version www.pdffactory.com

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 7 | Document prepared by Terry Robertson in connection with termination of Plaintiff's employment (Plaintiff's Exhibit "8" to Hudnall depo.) | _____ | _____ |
| 8 | Emails between Plaintiff and Chad Reese (Plaintiff's Exhibit "9" to Hudnall depo.) | _____ | _____ |
| 9 | Drawing of steam cleaner life test fixture | _____ | _____ |
| 10 | Employee evaluation of Ashley Sheffield dated 8/04/2005 (produced by Defendant in discovery – Bates No. 0057-60) | _____ | _____ |
| 11 | Email from Francine Rosenzweig to Yigal Offir sent 7/05/2006 (produced by Defendant in discovery – Bates No. 61) | _____ | _____ |

/s/John I. Cottle III_____
John I. Cottle III (COT004)
Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Warren B. Lightfoot, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618

                                              /s/ John I. Cottle III
                                              Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com