### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **VICTOR SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:05-cv-1186-MEF** |
| | ) | |
| **EURO-PRO MANAGEMENT** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### PLAINTIFF'S WITNESS LIST

Comes now the Plaintiff and gives notice that he expects to call the following persons as witnesses at trial of the above styled action:

1.    Victor Smith, 5600 Carmichael Road, Apartment 2411, Montgomery, Alabama 36117

2.    Allison Rhodes Lott, 1209 Centenary Drive, Longview, Texas  75601;

3.    Ashley Sheffield, 1220 Lee Road 51, Auburn, Alabama  36832-6530;

4.    Ralph Hudnall, 812 McLure Avenue, Opelika, Alabama;

5.    A custodian of records of the Defendant, if necessary to authenticate any exhibit Plaintiff needs to introduce.

PDF created with pdfFactory trial version www.pdffactory.com

If the need arises, the Plaintiff may call as a witness, Terry Robertson.

/s/John I. Cottle III_____
John I. Cottle III (COT004)
Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing

with the Clerk of Court using the CM/EMF system which will send notification of such

filing to the following:

Warren B. Lightfoot, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618

/s/ John I. Cottle III_____ _____
Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com