# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **VICTOR SMITH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No. 3:05-cv-1186-MEF** |
| | ) |
| **EURO-PRO MANAGEMENT** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

## IDENTIFICATION OF DEPOSITIONS
## PLAINTIFF EXPECTS TO USE AT TRIAL

Comes now the Plaintiff and gives notice that he expects to use the following portions of the following depositions at the trial of the above styled case:

1.    Deposition of Ralph Hudnall

    page 5 line 7 to page 6 line 16;

    page 11 line 11 to page 15 line 8;

    page 23 line 8 to page 23 line 13;

    page 24 line 1 to page 38 line 23;

    page 40 line 16 to page 57 line 20;

    page 59 line 12 to page 61 line 8;

    page 66 line 9 to page 82 line 20;

    page 91 line 6 to page 97 line 19;

    page 102 line 22 to page 112 line 19;

    page 114 line 15 to page 147 line 6;

PDF created with pdfFactory trial version www.pdffactory.com

page 148 line 2 to page 155 line 10;

page 160 line 14 to page 171 line 2;

        /s/John I. Cottle III_____
        John I. Cottle III (COT004)
        Attorney for Plaintiff

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 South Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Warren B. Lightfoot, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618

        /s/ John I. Cottle III_____
        Of Counsel