IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **VICTOR SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO: 3:05 CV 1186** |
| | ) | |
| **EURO-PRO OPERATING, L.L.C.,** | ) | |
| **EURO-PRO MANAGEMENT COMPANY** | ) | |
| **CORP. and STANRO-EP CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant Euro-Pro Management Services, Inc. identifies the following exhibits that it may use at trial in this matter:

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Employee Evaluation dated 5/05/04 | _____ | _____ |
| 2. | E-mails between Plaintiff and Chad Reese on 6/28/04 | _____ | _____ |
| 3. | Employee Evaluation dated 8/31/04 | _____ | _____ |
| 4. | Victor Smith Resume | _____ | _____ |
| 5. | Position description – Lab Technician I | _____ | _____ |
| 6. | Schematic Drawing of Steam Cleaner Life Test Fixture | _____ | _____ |
| 7. | EEOC No-Cause decision dated 9/26/05 | _____ | _____ |
| 8. | Victor Smith termination document prepared by Terry Robertson | _____ | _____ |
| 9. | PLC Instruction Power Point | _____ | _____ |

All documents listed by Plaintiff

All documents necessary for rebuttal

Respectfully submitted by,

*/s/ Warren B. Lightfoot, Jr.*

Warren B. Lightfoot, Jr.
Attorney for Defendant
Euro-Pro Management Services, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:    205.254.1000
Facsimile:    205.254.1999
Email: wlightfoot@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John I Cottle, III
Bowles & Cottle
2 South Dubois Avenue
P.O. Box 780397
Tallassee, AL 36078

*/s/ Warren B. Lightfoot, Jr.*

OF COUNSEL

2