IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR SMITH, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:05 CV 1186 |
| ) | |
| EURO-PRO OPERATING, L.L.C., ) | |
| EURO-PRO MANAGEMENT COMPANY ) | |
| CORP. and STANRO-EP CORP., ) | |
| ) | |
|     Defendants. ) | |

## DEFENDANT'S WITNESS LIST

Defendant Euro-Pro Management Services, Inc. expects to call the following persons as witnesses at trial in this matter:

1. Ralph Hudnall, 812 McLure Avenue, Opelika, AL 36804 (334) 704-0418

2. Terry Robertson, 4864 Brandon Creek Drive, Boulder, CO 80301, (617) 416-0788

3. Chad Reese, 1959 Windway Road, Auburn, AL 36830 (334) 501-8575

Defendant may call the following witnesses:

1. Brian McGee, 658 Little Creek Road, Auburn, AL 36832 (334) 826-7656

2. Sam Hickman, 8174 Lee Road 390, Opelika, AL 36804 (334) 524-5617

3. Andras Simon, 5405 Whisper Wood Circle, Hoover, AL 35226 (205) 733-9656

4. Jeff Garrison, 215 W Drake Avenue, Auburn, AL 36830 (334) 524-8433

All witnesses listed by Plaintiff

All witnesses necessary for rebuttal

        Respectfully submitted by,

        */s/ Warren B. Lightfoot, Jr.*

        Warren B. Lightfoot, Jr.
        Attorney for Defendant
        Euro-Pro Management Services, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:     205.254.1000
Facsimile:     205.254.1999
Email: wlightfoot@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John I Cottle, III
Bowles & Cottle
2 South Dubois Avenue
P.O. Box 780397
Tallassee, AL 36078

        */s/ Warren B. Lightfoot, Jr.*

        OF COUNSEL