IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR SMITH | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1186-MEF |
| | ) |
| EURO-PRO OPERATING, LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Euro-Pro Management Services, Inc., and against Plaintiff Victor Smith, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED against Plaintiff Victor Smith, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 7th day of March, 2007

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE