IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:05 CV 1186 |
| ) | |
| EURO-PRO OPERATING, L.L.C., ) | |
| EURO-PRO MANAGEMENT COMPANY ) | |
| CORP. and STANRO-EP CORP., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S VERIFIED BILL OF COSTS

**COMES NOW** counsel for Euro Pro Management Services, Inc. ("Defendant"), and answers that the matters contained herein are true and correct.

1. On March 7, 2007, this Court entered Judgment in favor of Defendant as to all Counts of the Plaintiff's Complaint and taxed costs against Plaintiff.

2. Defendant incurred the following costs for deposition transcripts, copies of transcripts and court reporter fees in this matter:

| | | |
|---|---|---|
| Victor Smith deposition | | $ 717.60 |
| Ralph Hudnall deposition | | $ 404.35 |
| | Total | $1,121.95 |

3. The depositions taken and deposition transcripts purchased by Defendant in this matter were necessary to Defendant's defense, and the transcripts were relied upon by Defendant in support of its Motion for Summary Judgment.

4. Defendant incurred the following costs for copies in this matter:

Third-Party Duplicating Costs (subpoenaed documents, etc.)  $  99.70

Maynard, Cooper & Gale Internal Copies                         $ 297.70

                                           Grand Total =    $ 397.40

5. The above-described copies were necessary to Defendant's defense, and many of the copies relate to Defendant's Motion for Summary Judgment and supporting briefs.

6. Attached hereto as Exhibit A are true and correct copies of the invoices for these costs.

Accordingly, Defendant respectfully requests that the Court award costs to Defendant Euro Pro Management Services, Inc. in the amount of $1,539.35.

Respectfully submitted by,

/s/ *Warren B. Lightfoot, Jr.*

---

Warren B. Lightfoot, Jr.
Attorney for Defendant
Euro-Pro Management Services, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:  205.254.1000
Facsimile:   205.254.1999
Email: wlightfoot@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John I Cottle, III
Bowles & Cottle
2 South Dubois Avenue
P.O. Box 780397
Tallassee, AL 36078

/s/ *Warren B. Lightfoot, Jr.*
_____
OF COUNSEL

# EXHIBIT A

## FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

| | |
|---|---|
| Warren B Lightfoot, Jr<br>Maynard, Cooper & Gale<br>2400 Amsouth/Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, AL 35203 | June  2, 2006<br><br>**Invoice#** 00012364<br><br>**Balance:**     $717.60 |

**Re:** Victor Smith vs Euro-Pro Operating, LLC, et al
   Tallassee, AL / 3:05-CV-1186
   *on 05/24/06 by Angela Smith McGalliard*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 120.00 |
| Original: 188 pages | 573.40 |
| Exhibits/B & W: 12 | 4.20 |
| Condensed/concordance | 10.00 |
| Ascii | 10.00 |

Witness:
  Victor Smith


**P l e a s e    R e m i t    - - - >**   Total Due:     $717.60

*WE APPRECIATE YOU!*

## FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Warren B Lightfoot, Jr
Maynard, Cooper & Gale
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

November 10, 2006

**Invoice#** 00019414

**Balance:**      $404.35

**Re:** Victor Smith vs. Euro-Pro Management Services, Inc.
TALLASSEE/3:05-CV-1186-MEF
*on 10/04/06 by Jackie Parham*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy:   181 pages | 371.05 |
| Exhibits/B & W: 38 pages | 13.30 |
| Condensed/concordance(s): | 10.00 |
| Ascii: | 10.00 |

Deponent:
Ralph Hudnall - Read and Sign

* Copy and exhibits sent by reporter via mail
* Read and Sign included with transcripts


P l e a s e    R e m i t    - - - >    Total Due:     $404.35

*All Invoices are due within 30 days of receipt*



# MAYNARD COOPER & GALE PC
ATTORNEYS AT LAW

Leah V. Burrus, Paralegal
DIRECT 205.488.3599
EMAIL lburrus@maynardcooper.com

July 25, 2006

Attn: Kay Lindsey
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Al 35205-1130

RE: Euro-Pro Operating, L.L.C., Euro-Pro Management Co. Corp. and Stanro-EP Corp., Respondent
Victor D. Smith, Charging Party
Charge No.: 130-2005-00853

Dear Ms. Lindsey:

Enclosed please find a check in the amount of $14.70 made payable to Pete's Print & Copy for the copy of Mr. Smith's investigative file. Thank you for your assistance in this matter.

Sincerely,

Leah V. Burrus
Paralegal

/lvb
Enclosure

cc: Warren B. Lightfoot, Jr., Esq.

1901 SIXTH AVENUE NORTH   2400 AMSOUTH/HARBERT PLAZA   BIRMINGHAM, ALABAMA 35203-2618   205.254.1000   FAX 205.254.1999

WWW.MAYNARDCOOPER.COM

CHECK NO.: 1069874   VENDOR ID:  01674   VENDOR NAME:  Pete's Print & Copy Center

| VOUCHER # | INV. # | INV DATE | VENDOR REF ID | C/M # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 229463 | 584418 | 07-20-06 | | 10525-0001 | | 14.70 |

CHECK DATE
07/24/06

Amsouth Bank
P. O. Box 11007
Birmingham, AL   35288

**MAYNARD, COOPER & GALE, P.C.**
1901 SIXTH AVENUE NORTH
2400 AMSOUTH/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
TELEPHONE (205) 254-1000
CORP SWEEP

CHECK NO.   **1069874**
61-1/620

CHECK AMOUNT

********14.70

FOURTEEN AND 70/100 Dollar

PAY
TO THE
ORDER OF   Pete's Print & Copy Center

TWO SIGNATURES REQUIRED IF > $3,000

⑈1069874⑈  ⑆062000019⑆   0132377⑈

Accounting Center   2421 North Glassell Street, Orange, CA 92865
714 921 8003

**VOLT**

www.volt.com   workforce

Date: 06-23-06

To: Leah V Burrus

Company: Maynard Cooper & Hale

Fax: 205-254-1999

From: Kate Ray – Employment Verifications

Phone: 714-921-8003 (ext. 8922)

Re: Victor D. Smith

Pages: 1

Urgent ___   For Review  X   Please Comment ___   Please Reply ___   Please recycle ___

To Whom It May Concern:

We have received an inquiry from your organization requesting employment and/or wage verification for the above mentioned Volt employee. To provide this request there will be a service charge of $15.00 made payable to **Volt Management Corporation**. Please be sure to put the employee name and SSN on the check. You can mail it to the address listed below. Thank you in advance for your cooperation in this matter.

Attn: Kate – Employment Verifications
Volt Management Corporation
PO Box 13500
Orange, CA 92857

Thank you,
Kate Ray
Employment Verification Clerk

Volt Services Group

# Invoice

AL Dept of Ind Relations APA FY 2004
649 Monroe Street
Montgomery, AL  36131
USA

Invoice Number: 2006060224

Invoice Date: Jun 28, 2006

Voice: (334) 242-8438
Fax: (334) 242-8299

Duplicate

Page: 1

**Sold To:**
L V Burrus
Constangy, Brooks & Smith
1901 Sixth Ave N STE 1410
Birmingham, AL  35203

**Remit to:**
Department of Industrial Relations
Finance Division
Attn: Central Cashier
649 Monroe Street, Room 2684
Montgomery, AL 36131
EIN # 63-6000619

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| L V Burrus | | Prepaid |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 6/28/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Research/Retrieval/C | Victor Smith 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 | 70.00 | 70.00 |

Subtotal      70.00
Sales Tax
Total Invoice Amount    70.00
Payment/Credit Applied
**TOTAL**      70.00

Check/Credit Memo No:

Direct Invoice/Billing questions to:
Tamaya Knox (334) 242-8438
Direct Product/Service questions to:
Trish Till (334) 242-8081

| CostCode | WorkPeriod | Worked Amount | Billed Amount | Description |
|---|---|---|---|---|
| 1 | 1206 | 1199.12 | 1199.12 | Computer research |
| Subtotal 1 | | 1199.12 | 1199.12 | Computer research |
| | | | | |
| 103 | 1006 | 11.53 | 11.53 | Meals and entertainment |
| Subtotal 103 | | 11.53 | 11.53 | Meals and entertainment |
| | | | | |
| 27 | 0106 | 4.29 | 4.29 | Long distance telephone |
| 27 | 0107 | .42 | .42 | Long distance telephone |
| 27 | 0206 | 5.05 | 5.05 | Long distance telephone |
| 27 | 0207 | 1.56 | 1.56 | Long distance telephone |
| 27 | 0306 | 3.27 | 3.27 | Long distance telephone |
| 27 | 0307 | .78 | .78 | Long distance telephone |
| 27 | 0506 | 3.11 | 3.11 | Long distance telephone |
| 27 | 0606 | 16.76 | 16.76 | Long distance telephone |
| 27 | 0706 | 1.83 | 1.83 | Long distance telephone |
| 27 | 0806 | 30.51 | 30.51 | Long distance telephone |
| 27 | 0906 | .63 | .63 | Long distance telephone |
| 27 | 1006 | .42 | .42 | Long distance telephone |
| 27 | 1106 | 8.13 | 8.13 | Long distance telephone |
| 27 | 1206 | .99 | .99 | Long distance telephone |
| Subtotal 27 | | 77.75 | 77.75 | Long distance telephone |
| | | | | |
| 3 | 0606 | 15.00 | 15.00 | Duplicating (outside) |
| 3 | 0706 | 14.70 | 14.70 | Duplicating (outside) |
| 3 | 0806 | 70.00 | 70.00 | Duplicating (outside) |
| Subtotal 3 | | 99.70 | 99.70 | Duplicating (outside) |
| | | | | |
| 38 | 1206 | .32 | .32 | Communications expense |
| Subtotal 38 | | .32 | .32 | Communications expense |
| | | | | |
| 4 | 0906 | 11.04 | 11.04 | Express delivery |
| Subtotal 4 | | 11.04 | 11.04 | Express delivery |
| | | | | |
| 47 | 0207 | 5.30 | 5.30 | Document Scan to File |
| 47 | 0306 | 1.60 | 1.60 | Document Scan to File |
| 47 | 0307 | 1.80 | 1.80 | Document Scan to File |
| 47 | 1106 | 17.90 | 17.90 | Document Scan to File |
| 47 | 1206 | 5.30 | 5.30 | Document Scan to File |
| Subtotal 47 | | 31.90 | 31.90 | Document Scan to File |
| | | | | |
| 50 | 0306 | 19.63 | 19.63 | Copy Charges |
| 50 | 0506 | 72.93 | 72.93 | Copy Charges |
| 50 | 0606 | 34.06 | 34.06 | Copy Charges |
| 50 | 0706 | .65 | .65 | Copy Charges |
| 50 | 0806 | 33.02 | 33.02 | Copy Charges |
| 50 | 0906 | 1.82 | 1.82 | Copy Charges |
| 50 | 1006 | 1.56 | 1.56 | Copy Charges |
| 50 | 1106 | 134.03 | 134.03 | Copy Charges |
| Subtotal 50 | | 297.70 | 297.70 | Copy Charges |
| | | | | |
| 51 | 0506 | 7.00 | 7.00 | Fax Charges |
| 51 | 1006 | 7.00 | 7.00 | Fax Charges |
| Subtotal 51 | | 14.00 | 14.00 | Fax Charges |
| | | | | |
| 8 | 0207 | 85.36 | 85.36 | Mileage |
| 8 | 0306 | 97.90 | 97.90 | Mileage |
| 8 | 0506 | 107.69 | 107.69 | Mileage |
| 8 | 0906 | 98.34 | 98.34 | Mileage |
| 8 | 1006 | 52.96 | 52.96 | Mileage |
| 8 | 1206 | 78.32 | 78.32 | Mileage |
| Subtotal 8 | | 520.57 | 520.57 | Mileage |

Case 3:05-cv-01186-MEF-WC   Document 36   Filed 03/15/2007   Page 11 of 11