⹁AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

VICTOR SMITH,

**BILL OF COSTS**

V.

EURO-PRO MANAGEMENT SERVICES, INC., et al.

Case Number: 3:05 CV 1186

Judgment having been entered in the above entitled action on __March 7, 2007__ (Date) against __Victor Smith, Plaintiff__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ |
| Fees for service of summons and subpoena ................................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,121.95 |
| Fees and disbursements for printing ..................................................... | |
| Fees for witnesses (itemize on page two) ................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 397.40 |
| Docket fees under 28 U.S.C. 1923 ....................................................... | |
| Costs as shown on Mandate of Court of Appeals .......................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ............................................................ | |
| TOTAL | $1,519.35 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    XX    Electronic service by e-mail as set forth below and/or.

    ☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: __/s/ Warren B. Lightfoot, Jr.__

Name of Attorney: __Warren B. Lightfoot, Jr.__

For: __Euro-Pro Management Services, Inc.__      Date: __March 16, 2007__
      Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                    Deputy Clerk                     Date

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Warren B Lightfoot, Jr
Maynard, Cooper & Gale
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

June  2, 2006

**Invoice#** 00012364

**Balance:**    $717.60

**Re:** Victor Smith vs Euro-Pro Operating, LLC, et al
Tallassee, AL / 3:05-CV-1186
*on 05/24/06 by* Angela Smith McGalliard

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 120.00 |
| Original: 188 pages | 573.40 |
| Exhibits/B & W: 12 | 4.20 |
| Condensed/concordance | 10.00 |
| Ascii | 10.00 |

Witness:
  Victor Smith

**P l e a s e    R e m i t    - - - >   Total Due:    $717.60**

*WE APPRECIATE YOU!*

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Warren B Lightfoot, Jr
Maynard, Cooper & Gale
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

November 10, 2006

**Invoice#** 00019414

**Balance:**      $404.35

Re: Victor Smith vs. Euro-Pro Management Services, Inc.
    TALLASSEE/3:05-CV-1186-MEF
    on 10/04/06 by Jackie Parham

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy:  181 pages | 371.05 |
| Exhibits/B & W: 38 pages | 13.30 |
| Condensed/concordance(s): | 10.00 |
| Ascii: | 10.00 |

Deponent:
Ralph Hudnall - Read and Sign

\* Copy and exhibits sent by reporter via mail
\* Read and Sign included with transcripts

P l e a s e   R e m i t   - - - >   **Total Due:**    $404.35

*All Invoices are due within 30 days of receipt*



# MAYNARD COOPER & GALE PC
ATTORNEYS AT LAW

Leah V. Burrus, Paralegal
DIRECT 205.488.3599
EMAIL  lburrus@maynardcooper.com

July 25, 2006

Attn: Kay Lindsey
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Al 35205-1130

      RE:    Euro-Pro Operating, L.L.C., Euro-Pro Management Co. Corp. and Stanro-EP Corp., Respondent
             Victor D. Smith, Charging Party
             Charge No.: 130-2005-00853

Dear Ms. Lindsey:

    Enclosed please find a check in the amount of $14.70 made payable to Pete's Print & Copy for the copy of Mr. Smith's investigative file. Thank you for your assistance in this matter.

Sincerely,

Leah V. Burrus
Paralegal

/lvb
Enclosure

cc:    Warren B. Lightfoot, Jr., Esq.

CHECK NO.: 1069874        VENDOR ID: 01674        VENDOR NAME: Pete's Print & Copy Center

| VOUCHER # | INV. # | INV DATE | VENDOR REF ID | C/M # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 229463 | 584418 | 07-20-06 | | 10525-0001 | | 14.70 |

CHECK DATE: 07/24/06

**MAYNARD, COOPER & GALE, P.C.**
1901 SIXTH AVENUE NORTH
2400 AMSOUTH/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
TELEPHONE (205) 254-1000
CORP SWEEP

CHECK NO. **1069874**
61-1/620

Amsouth Bank
P. O. Box 11007
Birmingham, AL  35288

CHECK AMOUNT
*********14.70

FOURTEEN AND 70/100 Dollar

PAY TO THE ORDER OF   Pete's Print & Copy Center

/s/ Hollis Ezzel

TWO SIGNATURES REQUIRED IF > $3,000

⑈1069874⑈ ⑆062000019⑆ 0132377⑈

Accounting Center   2421 North Glassell Street, Orange, CA 92865
714 921 8003

**VOLT**

www.volt.com   workforce

Date: 06-23-06

To: Leah V Burrus

Company: Maynard Cooper & Hale

Fax: 205.254.1999

From: Kate Ray – Employment Verifications

Phone: 714-921-8003 (ext. 8922)

Re: Victor D. Smith

Pages: 1

Urgent ___   For Review _X_   Please Comment ___   Please Reply ___   Please recycle ___

To Whom It May Concern:

We have received an inquiry from your organization requesting employment and/or wage verification for the above mentioned Volt employee. To provide this request there will be a service charge of $15.00 made payable to **Volt Management Corporation**. Please be sure to put the employee name and SSN on the check. You can mail it to the address listed below. Thank you in advance for your cooperation in this matter.

Attn: Kate – Employment Verifications
Volt Management Corporation
PO Box 13500
Orange, CA 92857

Thank you,
   Kate Ray
   Employment Verification Clerk

Volt Services Group

# Invoice

AL Dept of Ind Relations APA FY 2004
649 Monroe Street
Montgomery, AL 36131
USA

Invoice Number: 2006060224

Invoice Date: Jun 28, 2006

Duplicate

Voice: (334) 242-8438
Fax:   (334) 242-8299

Page: 1

Sold To:
L V Burrus
Constangy, Brooks & Smith
1901 Sixth Ave N STE 1410
Birmingham, AL  35203

Remit to:
Department of Industrial Relations
Finance Division
Attn: Central Cashier
649 Monroe Street, Room 2684
Montgomery, AL 36131
EIN # 63-6000619

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| L V Burrus | | Prepaid |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 6/28/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Research/Retrieval/C | Victor Smith 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 | 70.00 | 70.00 |

Subtotal         70.00
Sales Tax
Total Invoice Amount   70.00
Payment/Credit Applied
**TOTAL**        70.00

Check/Credit Memo No:

Direct Invoice/Billing questions to:
Tamaya Knox (334) 242-8438
Direct Product/Service questions to:
Trish Till (334) 242-8081

| CostCode | WorkPeriod | Worked Amount | Billed Amount | Description |
|---|---|---:|---:|---|
| 1 | 1206 | 1199.12 | 1199.12 | Computer research |
| Subtotal 1 | | 1199.12 | 1199.12 | Computer research |
| 103 | 1006 | 11.53 | 11.53 | Meals and entertainment |
| Subtotal 103 | | 11.53 | 11.53 | Meals and entertainment |
| 27 | 0106 | 4.29 | 4.29 | Long distance telephone |
| 27 | 0107 | .42 | .42 | Long distance telephone |
| 27 | 0206 | 5.05 | 5.05 | Long distance telephone |
| 27 | 0207 | 1.56 | 1.56 | Long distance telephone |
| 27 | 0306 | 3.27 | 3.27 | Long distance telephone |
| 27 | 0307 | .78 | .78 | Long distance telephone |
| 27 | 0506 | 3.11 | 3.11 | Long distance telephone |
| 27 | 0606 | 16.76 | 16.76 | Long distance telephone |
| 27 | 0706 | 1.83 | 1.83 | Long distance telephone |
| 27 | 0806 | 30.51 | 30.51 | Long distance telephone |
| 27 | 0906 | .63 | .63 | Long distance telephone |
| 27 | 1006 | .42 | .42 | Long distance telephone |
| 27 | 1106 | 8.13 | 8.13 | Long distance telephone |
| 27 | 1206 | .99 | .99 | Long distance telephone |
| Subtotal 27 | | 77.75 | 77.75 | Long distance telephone |
| 3 | 0606 | 15.00 | 15.00 | Duplicating (outside) |
| 3 | 0706 | 14.70 | 14.70 | Duplicating (outside) |
| 3 | 0806 | 70.00 | 70.00 | Duplicating (outside) |
| Subtotal 3 | | 99.70 | 99.70 | Duplicating (outside) |
| 38 | 1206 | .32 | .32 | Communications expense |
| Subtotal 38 | | .32 | .32 | Communications expense |
| 4 | 0906 | 11.04 | 11.04 | Express delivery |
| Subtotal 4 | | 11.04 | 11.04 | Express delivery |
| 47 | 0207 | 5.30 | 5.30 | Document Scan to File |
| 47 | 0306 | 1.60 | 1.60 | Document Scan to File |
| 47 | 0307 | 1.80 | 1.80 | Document Scan to File |
| 47 | 1106 | 17.90 | 17.90 | Document Scan to File |
| 47 | 1206 | 5.30 | 5.30 | Document Scan to File |
| Subtotal 47 | | 31.90 | 31.90 | Document Scan to File |
| 50 | 0306 | 19.63 | 19.63 | Copy Charges |
| 50 | 0506 | 72.93 | 72.93 | Copy Charges |
| 50 | 0606 | 34.06 | 34.06 | Copy Charges |
| 50 | 0706 | .65 | .65 | Copy Charges |
| 50 | 0806 | 33.02 | 33.02 | Copy Charges |
| 50 | 0906 | 1.82 | 1.82 | Copy Charges |
| 50 | 1006 | 1.56 | 1.56 | Copy Charges |
| 50 | 1106 | 134.03 | 134.03 | Copy Charges |
| Subtotal 50 | | 297.70 | 297.70 | Copy Charges |
| 51 | 0506 | 7.00 | 7.00 | Fax Charges |
| 51 | 1006 | 7.00 | 7.00 | Fax Charges |
| Subtotal 51 | | 14.00 | 14.00 | Fax Charges |
| 8 | 0207 | 85.36 | 85.36 | Mileage |
| 8 | 0306 | 97.90 | 97.90 | Mileage |
| 8 | 0506 | 107.69 | 107.69 | Mileage |
| 8 | 0906 | 98.34 | 98.34 | Mileage |
| 8 | 1006 | 52.96 | 52.96 | Mileage |
| 8 | 1206 | 78.32 | 78.32 | Mileage |
| Subtotal 8 | | 520.57 | 520.57 | Mileage |